**Order entered September 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01163-CV

### IN RE SUSAN GRIFFIN WARREN, Relator

### Original Proceeding from the 302nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-14-06580

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **DENY** as moot relator's motion for extension of time to pay the filing fee. We have considered the petition without payment of the filing fee. We **ORDER** relator to bear the costs of this original proceeding.

/s/     DOUGLAS S. LANG
        JUSTICE